UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:11-20465-CIV-MARTINEZ-WHITE

SHAWN T. NELSON,

    Plaintiff,

vs.

SGT. SCOTT, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report (D.E. No. 5) on Plaintiff's pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983. Magistrate Judge White filed a Report (D.E. No. 5), recommending that his case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections (D.E. No. 7) to the Magistrate Judge's Report present. After careful consideration, the Court affirms and adopts Magistrate Judge White's Report.

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 7)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

    1.    Plaintiff's claim is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure

to state a claim upon which relief may be granted.

2. This case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of March, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Shawn T. Nelson